**Order entered November 21, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00890-CV

### PHONETERNET, LLC AND ADAM ALFIA, Appellant

### V.

### DRAWBRIDGE DESIGN, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-16-04591-D**

## ORDER

Before the Court is appellants' November 17, 2017 motion for extension of time to file a brief. We **GRANT** the motion **only to the extent** that appellants shall file a brief by **December 21, 2017**.

/s/    CRAIG STODDART
          JUSTICE